BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONNA L. FRITZ**  )<br> )<br> )<br>**Plaintiff,**  )<br> )<br>**v.**  )<br> )<br>**MICHAEL J. ASTRUE**  )<br>**Commissioner of Social Security**  )<br>**of the United States of America,**  )<br> )<br>**Defendant.**  )<br> )<br>_____ ) | **Case No.  CIV-09-3588 KJM**<br><br>**STIPULATION AND ORDER**<br>**EXTENDING PLAINTIFF'S TIME TO**<br>**FILE MEMORANDUM IN SUPPORT**<br>**OF SUMMARY JUDGMENT** |

        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with

the permission of the Court as evidenced below, that the Plaintiff's time to file the summary

judgment in this case is hereby extended from October 26, 2010, to November 10, 2010.   This

extension is required due to plaintiff's counsel need to leave the office to attend to personal business

which arose unexpectedly.

/ / / /

/ / / /

/ / / /

1

1

2

3 Dated: October 26, 2010              */s/Bess M. Brewer*
                                       BESS M. BREWER
4                                      Attorney at Law

5                                      Attorney for Plaintiff

6

7
  Dated: October 26, 2010              Benjamin B.  Wagner
8
                                       United States Attorney
9
                                       */s/Shea Bond*
10                                     SHEA BOND

11                                     Special Assistant U.S. Attorney
                                       Attorneys for Defendant
12

13                                        **ORDER**

14
  APPROVED AND SO ORDERED.
15
  DATED:  October 27, 2010.
16

17

18    _____
19    U.S. MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

2